AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| PHILIP L. STEWART ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   6:09-CV-6010 |
| MERCANTILE ADJUSTMENT BUREAU, LLC ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

X   the plaintiff *(name)*   Philip L. Stewart   recover from the defendant *(name)*   Mercantile Adjustment Bureau, LLC   the amount of $2,500.00   dollars ($         ), which includes prejudgment interest at the rate of         %, plus postjudgment interest at the rate of         %, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*         recover costs from the plaintiff *(name)*         .

X   other:   NOTICE of Acceptance with Offer of Judgment pursuant to Federal Rules of Civil Procedures Rule 68.
         .

This action was *(check one)*:

☐   tried by a jury with Judge         presiding, and the jury has rendered a verdict.

☐   tried by Judge         without a jury and the above decision was reached.

X   decided by Judge   N/A   on a motion for         .

Date:   Apr 9, 2009                                      CLERK OF COURT

                                                         s/Michael J. Roemer
                                                         *Signature of Clerk or Deputy Clerk*